**George T. Holler**
Holler Law Firm, LLC
31 Cherry Street, Suite 109
Milford, CT 06460
t:  (203) 301-4333
f:  (203) 306-3113
CT 27371
georgeh@hollerlawfirm.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
COURT FILE NO.: CV-11-687

| | | |
|---|---|---|
| **Sean Michael O'Reilly** | ) | |
| **Kelly Ann O'Reilly** | ) | |
| | ) | |
| **Plaintiffs.** | ) | **11-CV-00687-SRU** |
| _____ | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **New Hampshire/Northeast** | ) | **July 15, 2011** |
| **Credit Services, Inc.** | ) | |
| **Donna Rose** | ) | |
| | ) | |
| **Defendants.** | ) | |

**WITHDRAWAL OF COMPLAINT**

      The above captioned Plaintiffs, by and through their attorney, George T. Holler, respectfully withdraw, their COMPLAINT, Doc Id. 1.

Dated at Milford, Connecticut this 15th day of July, 2011.

Respectfully Submitted— Sean Michael O'Reilly and Kelly Ann O'Reilly

                              THE PLAINTIFFS

BY: /s/ George T. Holler
George T. Holler
Their attorney
31 Cherry Street, Suite 109
Milford, Connecticut 06460
Tel: (203) 301-4333
Fax: (203) 306-3113
CT 27371
georgeh@hollerlawfirm.com

**George T. Holler**
Holler Law Firm, LLC
31 Cherry Street, Suite 109
Milford, CT 06460
t:  (203) 301-4333
f:  (203) 306-3113
CT 27371
georgeh@hollerlawfirm.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## COURT FILE NO.: CV-11-687

| | | |
|---|---|---|
| **Sean Michael O'Reilly** | ) | |
| **Kelly Ann O'Reilly** | ) | |
| | ) | |
| **Plaintiffs.** | ) | 11-CV-00687-SRU |
| _____ | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **New Hampshire/Northeast** | ) | July 15, 2011 |
| **Credit Services, Inc.** | ) | |
| **Donna Rose** | ) | |
| | ) | |
| **Defendants.** | ) | |

### **CERTIFICATION**

The undersigned hereby certifies that on the 15th day of July 2011, in accordance with applicable law, I served the foregoing by electronic filing and postage prepaid first class mail.

Michael J. Dugan
Litchfield Cavo, LLP
40 Tower Lane, Suite 200
Avon, CT 06001
mailto:dugan@litchfieldcavo.com

BY: /s/ George T. Holler
George T. Holler
31 Cherry Street, Suite 109
Milford, Connecticut 06460
Tel: (203) 283-9290
Fax: (866) 346-4381
CT 27371
georgeh@hollerandholler.com